## Vito Addante, Appellant, v. Vincenzo Pompilio, Appellee.

### Gen. No. 42,209.

opinion filed December 21, 1942. Michael R. Durso and Otto Schusterman, for appellant; Frank J. Tyrrell, for appellee. Opinion by Justice McSurely. "Not to be published in full."

## Washington Boulevard Hospital, Appellee, v. Theodore Levin, Appellant.

### Gen. No. 42,228.

opinion filed December 21, 1942. Theodore Levin, *pro se;* Montgomery, Hart, Pritchard & Herriott, for appellee; Charles O. Parker, of counsel. Opinion by Justice McSurely. "Not to be published in full."